IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABDEL ALIEM EL BADRY,** | Case No. 2:22-cv-00733-CKD |
| Petitioner, | **ORDER** |
| v. | |
| **GENA JONES, et al.,** | |
| Respondent. | |

Considering Respondent's request, and good cause appearing, Respondent shall have an additional 60 days, to and including September 7, 2022, to file a response to the petition for writ of habeas corpus.

Dated: July 11, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE