Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
ABDEL ALIEM EL BADRY

United States District Court
for the Eastern District of California
Sacramento Courthouse

| | |
|---|---|
| ABDEL ALIEM EL BADRY,<br><br>*Petitioner*,<br>vs.<br><br>GENA JONES, Acting Warden, California Health Care Facility, Stockton, California,<br><br>*Respondent*. | No. 2:22-cv-00733-CKD<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM<br><br>*(Unopposed)* |

**ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, and there being no opposition, this court grants petitioner a 30-day extension of time to file the traverse and reply memorandum, from Monday, October 17, 2022, to Wednesday, November 16, 2022.

Dated: October 14, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE