Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
ABDEL ALIEM EL BADRY

# United States District Court
## for the Eastern District of California
### Sacramento Courthouse

| | |
|---|---|
| ABDEL ALIEM EL BADRY,<br><br>*Petitioner*,<br>vs.<br><br>GENA JONES, Warden, California Health Care Facility, Stockton, California,<br><br>*Respondent*. | No. 2:22-cv-00733 DJC CKD P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>(Unopposed) |

**ORDER**

Good cause appearing, and there being no opposition, this court grants petitioner a 32-day extension of time to file the objections to the magistrate's findings and recommendations, from Thursday, May 22, 2025, to and including Monday, June 23, 2025.

Dated: May 22, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE