Law Offices of Beles & Beles
Robert J. Beles, CA Bar No.: 41993
Paul McCarthy, CA Bar No.: 139497
Mike Giesen, CA Bar No.: 356524
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No.: (510) 836-0100
Fax. No.: (510) 832-3690
Email: beleslaw@yahoo.com

Attorneys for the *Petitioner*
*Abdel Aliem El Badry*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abdel Aliem El Badry,<br><br>    *Petitioner*,<br>vs.<br><br>GENA JONES,<br><br>    *Respondent*, | No. 2:22-cv-0733 DJC CKD P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>*(Unopposed)* |

**ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS**

Good cause appearing, and there being no opposition, this Honorable Court grants the Petitioner an extension of time to file the Objections to Magistrate Judge's Findings and Recommendations to, and including, Monday, July 21, 2025.

Dated: June 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE