Law Offices of Beles & Beles
Robert J. Beles, CA Bar No.: 41993
Paul McCarthy, CA Bar No.: 139497
Mike Giesen, CA Bar No.: 356524
1 Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No.: (510) 836-0100
Fax. No.: (510) 832-3690
Email: beleslaw@yahoo.com

Attorneys for the *Petitioner*
*Abdel Aliem El Badry*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abdel Aliem El Badry,<br><br>        *Petitioner*,<br>  vs.<br><br>Dao Vang, Acting Warden, California Health Care Facility (CHCF), Stockton, California,<br><br>        *Respondent*,<br><br>People of the State of California,<br><br>        *Real Party in Interest.* | No. 2:22-cv-0733 CKD P<br><br>PROPOSED ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>*(Unopposed)* |

**PROPOSED ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS**

Good cause appearing, and there being no opposition, this Honorable Court grants the Petitioner a 28-day extension of time to file the Objections to Magistrate Judge's Findings and Recommendations, from Monday, July 21, 2025, to, and including, Monday, August 18, 2025.

/////

Dated: July 17, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE